FILED

09/21/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 22-0379

# IN THE SUPREME COURT OF THE STATE OF MONTANA
## SUPREME COURT NO. DA-22-0379

| | |
|---|---|
| **SHANAY LEE DARRAH,**<br><br>**Petitioner and Appellee,**<br><br>**v.**<br><br>**ADAM KADRY HAGGAG,**<br><br>**Respondent and Appellant.** | **ORDER GRANTING UNOPPOSED MOTION FOR EXTENSION OF TIME FOR COURT REPORTER TO PROVIDE TRANSCRIPT** |

Pursuant to the unopposed "**UNOPPOSED MOTION FOR EXTENSION OF TIME FOR COURT REPORTER TO PROVIDE TRANSCRIPT**" filed by Respondent and Appellant, Adam Kadry Haggag, and good cause appearing;

IT IS HEREBY ORDERED THAT the Phillips County court reporter is given until October 25, 2022, to complete and file the transcript ordered in this case to complete the record on appeal.

Dated _____, 2022.

_____
Supreme Court Judge

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
September 21 2022